## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CASE NO. 8:23CR215-3** |
| Plaintiff, | |
| vs. | **WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ORDER** |
| PETER V. BULLER, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 10(b), Defendant Peter V. Buller hereby waives personal appearance at the arraignment on the charges currently pending against him in this court.

(1)     The defendant affirms receiving a copy of the superseding indictment;

(2)     The defendant understands the right to appear personally before the Court for an arraignment on the charges, and voluntarily waives that right; and

(3)     The defendant pleads not guilty to all counts of the superseding indictment.

X _____     _____1-26-24_____
Defendant Peter V. Buller                    Date

_____     _____1/30/24_____
Attorney for Defendant                         Date

### ORDER

**IT IS ORDERED** that Defendant's waiver is hereby accepted, and Defendant's not guilty plea to all counts is entered on record with the Clerk of Court.

DATED this __30th__ day of ____January____, 2024.

BY THE COURT:

_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT